RECEIVED
IN LAKE CHARLES, LA

JAN 28 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JUSTIN LORENZO THOMAS<br>DOC. NO. 514967 | : | DOCKET NO. 2:09-cv-2092 |
| VS. | : | JUDGE MINALDI |
| LT. HARPER, ET AL | : | MAGISTRATE JUDGE KAY |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's Civil Rights Complaint be **DISMISSED** in accordance with the provisions of FRCP Rule 41(b).

**THUS DONE AND SIGNED,** in chambers, in Lake Charles, Louisiana, on this ___ day of _____, 2010

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE